RECEIVED OCT 09 2018

RECEIVED
OCT 04 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

To: Honorable Judge Robert Pratt
From: Eugene Winters
Subject: Cut or terminate parole

My name is Eugene Winters Inmate #07127-030 I was released 6-15 with a presidential pardon I've been on supervised release for 3+ yrs with no major infractions I have a fiance, she has a daughter of which has jus started college this year & my son that's still in high school that also live's with us I've been employed & remain at the same job for 3+ yrs & also been promoted to floor supervisor I'm allowed to travel from Southern to Northern Region without permission My P.O gives me lots of freedom She trusts me to do the right thing when no one is looking & I haven't let her down I ask that you cut or terminate my parole

Thank you
*Eugene Winters*
Eugene Winters

10/2/18

Attn: Robert Pratt

U.S. District Court
Clerk of Court
123 E Walnut St
DesMoines, IA 50309

Eugene Winters
1416 Kodiak CT
Coralville, IA,
52241



# UNITED STATES DISTRICT COURT
## Southern District of Iowa

U.S. Courthouse  
123 East Walnut Street  
Des Moines, Iowa  50309

Clerk of Court's Office  
www.iasd.uscourts.gov



RECEIVED OCT 09 2018

Des Moines  
Davenport  
Council Bluffs

o: 515-284-6248  
f: 515-284-6418

United States District Court – Northern District of Iowa  
Clerk's Office  
111 Seventh Avenue SE Box 12  
Cedar Rapids, IA 52401

October 5, 2018

RE:  Motion for Early Termination of Supervised Release

Dear Clerk's Office,

Please see the attached Motion for Early Termination of Supervised Release that we received in the mail from Eugene Winters. On September 9, 2015, his supervised release was transferred to your district. Your case number is 1:15-cr-84.

Please let me know if you have any questions.

Thank you!

**Madison Lancaster**  
Court Operations Specialist  
**UNITED STATES DISTRICT COURT  |  Southern District of Iowa**

US Courthouse  
123 East Walnut Street  
Des Moines, Iowa  50309  
(d) 515-323-2860  (f) 515-284-6418  
Madison_Lancaster@iasd.uscourts.gov

CLERK, UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
P.O. BOX 9344
DES MOINES, IOWA 50306-9344

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

DES MOINES
IA 500
05 OCT '18
PM 2 L

10/05/18
K



Hasler
10/05/2018
US POSTAGE $000.47⁰

FIRST-CLASS MAIL

ZIP 50309
011E11672854

United States District Court – Northern District of Iowa
Clerk's Office
111 Seventh Avenue SE Box 12
Cedar Rapids, IA 52401

52401-210312

