IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EUGENE WINTERS, Defendant. | No. 15-CR-84-LRR <br><br> **ORDER** |

The matter before the court is Defendant Eugene Winters's pro se Motion to Terminate Supervised Release ("Motion") (docket no. 5), which Defendant filed on October 9, 2018. The Motion is **DENIED**. Defendant is instructed to continue to work with his supervising probation officer to achieve the goals of supervision. If the supervising probation officer deems it appropriate to terminate Defendant's supervised release, the officer can file the appropriate paperwork with the court.

The Clerk of Court is directed to provide a copy of this order to the United States Probation Office in this district.

**IT IS SO ORDERED**.

**DATED** this 24th day of October, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA